BANK OF YORKTOWN, Appellant, v. N. GOLDBERG & SONS, INC., and Others, Defendants, Impleaded with HERMAN GOLDBERG, Respondent.— Determination affirmed, with costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

IRISH FREE STATE, Respondent, v. GUARANTY SAFE DEPOSIT COMPANY and Others, Defendants, Impleaded with EAMON DE VALERA and Another, Trustees, Respondents. In re J. EDWARD MURPHY and Another, Surviving Receivers. In the Matter of The Petition of FRANK P. WALSH, Petitioner, Appellant, to Enforce an Attorney's Lien.— Order so far as appealed from affirmed, without costs. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ. [148 Misc. 256.]

JOSEPH ZIMMERMAN, Respondent, v. SHEFFIELD FARMS CO., INC., and Another, Appellants.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

ELLEN NEWBOLD JACOBS, Respondent, v. JONCE I. McGURK, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.; Glennon and Untermyer, JJ., dissent and vote for reversal on the ground that the six-year Statute of Limitations applies. (*Carr* v. *Thompson,* 87 N. Y. 160.)

EDWARD WHITE, JR., an Infant, by EDWARD WHITE, His Guardian ad Litem, and EDWARD WHITE, Appellants, v. HERMAN KUMMERLE, INC., Respondent.— Judgment modified by providing that the same is not upon the merits, and as so modified affirmed, with costs to the respondent, without prejudice to the institution of a new action. There was no testimony in the record that the truck that struck the infant plaintiff was the one admittedly owned by defendant. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

SELMA SCHULHAFER, Appellant, v. AMALIE M. CEDAR, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

AUGUSTA P. SNOW, Appellant, v. THE TRAVELERS INSURANCE COMPANY, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

THOMAS CANNON, Respondent, v. VICTOR J. DOWLING and Another, as Receivers of the Interborough Rapid Transit Company, Appellants.— Judgment reversed, with costs, and the complaint dismissed on the merits, with costs, on the ground that no actionable negligence on the part of the defendants was established. (See *Kelly* v. *Manhattan R. Co.,* 112 N. Y. 443, and *Hirsh* v. *Interborough R. T. Co.,* 229 App. Div. 703.) Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.